UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                                          CIVIL ACTION

ANDREW WETZEL                                                   NO. 17-3570

                                                                SECTION: "N"(1)

**O R D E R**

The Court, having considered petitioner's motion, the applicable law, and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the instant "Motion for Leave of Court to Proceed as a Sanctioned Plaintiff," Rec. Doc. 1, is **DENIED** and that this matter be **CLOSED** by the Clerk of Court.

New Orleans, Louisiana, this 14th day of December, 2017.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

1